*Howard T. Hogan* for appellant.

*Meyer F. Goodman* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

ARCHIBALD BROWN, Respondent, *v.* HUGO STINNES CORPORATION, Appellant.

ARCHIBALD BROWN, Respondent, *v.* HUGO STINNES INDUSTRIES, INC., Appellant.

Argued January 5, 1954; decided February 25, 1954.

*Paul W. Williams, Milton F. Rosenthal* and *James B. Henry, Jr.,* for appellants.

*Herbert Plaut, Frank R. Bruce* and *Bernard A. Feuerstein* for respondent.

Orders affirmed, with costs. Questions certified answered in the negative. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

ARCHIBALD BROWN, Respondent, *v.* HUGO STINNES CORPORATION, Appellant.
ARCHIBALD BROWN, Respondent, *v.* HUGO STINNES INDUSTRIES, INC., Appellant.

Submitted January 5, 1954; decided February 25, 1954.